Entered on Docket
July 24, 2009

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

The Bank of New York, fka The Bank of New York as Successor in interest to JPMorgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns AIT-A Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4
09-73905

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Luke R. Fitzgerald<br><br><br>        Debtor. | BK-N-09-51739-gwz<br><br>Date:  7/14/09<br>Time: 10:00am<br><br>Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is granted as to Secured Creditor The Bank of New York, fka The Bank of New York as Successor in interest to JPMorgan Chase Bank, NA as Trustee for Structured

1  Asset Mortgage Investments II Inc. Bear Stearns AlT-A Trust 2005-4, Mortgage Pass-Through
2  Certificates, Series 2005-4, its assignees and/or successors in interest, regarding the subject property
3  described as 7887 Tulear Street, Reno, NV 89506, and legally described as follows:
4  
5  Lot 79 of PEEK PARCEL UNIT 1, PHASE 2, according to the Map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on December 2, 2003 as File No. 2961191, Tract Map No. 4282.
6  
7  DATED this 15th day of July, 2009.
8  
9  
10 Submitted by:
   **WILDE & ASSOCIATES**
11 
12 _(signature)_ #10235
13 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
14 208 South Jones Boulevard
   Las Vegas, Nevada 89107
15 APPROVED / DISAPPROVED
16 _____
17 Alan R. Smith
   505 Ridge Street
18 Reno, NV 89501
   Attorney for Debtor(s)
19 
20 APPROVED / DISAPPROVED
21 _____
   C. Geoffry Wilson
22 10580 N. McCarran Blvd
   Suite 115-332
23 Reno, NV 89503
   Chapter 7 Trustee
24 
25 
26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_X\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:

\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_X\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_X\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor