**Entered on Docket**
**December 10, 2009**

_____
Hon. Gregg W. Zive
**United States Bankruptcy Judge**

Filed Electronically_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com,

The Bank of New York, fka The Bank of New York as successor-in-interest to JP Morgan Chase Bank,
National Association as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A
2005-4 mortgage Pass-Through Certificates, Series 2005-4
09-76822

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Luke R.  Fitzgerald

                Debtor.

BK-N-09-51739-gwz

Date:   11/17/09
Time: 10:00 a.m.

Chapter 7

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic

Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally

described as 3315 Scottsdale Road , Reno, NV 89512, and legally described as follows:

DATED this _____ day of _____, 2009.

_____
Bankruptcy Judge

Submitted by:
**WILDE & ASSOCIATES**

/s/ GREGORY L. WILDE
_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
**Alan R. Smith**
505 Ridge Street
Reno, NV 89501
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**C. Geoffry Wilson**
10580 N. McCarran Blvd
Suite 115-332
Reno, NV 89503
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_x\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented  parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_x\_    failed to respond to the document

\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_x\_    failed  to respond to the document

Other Party:_____

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_\_\_    failed  to respond to the document

Breach Order:

\_\_\_\_  This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor